1 | McGREGOR W. SCOTT
United States Attorney
2 | BENJAMIN B. WAGNER
ANNE E. PINGS
3 | Assistant U.S. Attorneys
501 "I" Street, 10th Floor
4 | Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

AUG 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2: 0 6 - SW - 0 1 9 9   DAD

In Re: Search of            )
                            )   Misc. No.
        [SEALED]            )
                            )   SEALING ORDER
                            )
_____)

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the application for search warrant and affidavit in support thereof in the above referenced matter shall be sealed until the first arrest of a defendant identified therein, or until further order of the Court.

DATED: August 14, 2006

_____
DALE A DROZD
United States Magistrate Judge